UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALFRED STANLEY,

     Plaintiff,

vs.

WAL-MART STORES EAST, LP,

     Defendant.

Case No.: 4:26-cv-10585-FKB-EAS

Hon. F. Kay Behm
Magistrate Judge Elizabeth A. Stafford

| | |
|---|---|
| ALI SAAD (P88024) | NICOLE M. WRIGHT (P63513) |
| JAMES M. TANTALO (P85401) | MOHAMMAD B. SHEIKH (P82819) |
| KOUSSAN LAW | ZAUSMER, P.C. |
| Attorney for Plaintiff | Attorney for Defendant |
| 821 Milwaukee | 32255 Northwestern Highway, Suite 225 |
| Detroit, MI 48202 | Farmington Hills, MI  48334 |
| (313) 444-8348 / (313) 444-7814 | (248) 851-4111 / Fax: (248) 851-0100 |
| asaad@k-law.com | nwright@zausmer.com |
| | msheikh@zausmer.com |

## **JUDGMENT**

This matter having come before the Court pursuant to Defendant's Offer of Judgment under Federal Rule of Civil Procedure 68, and Plaintiff having accepted the Offer of Judgment:

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendant in the amount of $40,000.00, inclusive of all damages, attorney fees, costs, and interest.

This judgment resolves all claims in this action.

SO ORDERED.

Date: May 6, 2026                                    s/F. Kay Behm
                                                     F. Kay Behm
                                                     United States District Judge